Opinion issued July 1, 2003










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-03-00355-CV

____________


IN RE UNITED STATES STEEL CORPORATION, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relator filed a petition for a writ of mandamus complaining of Judge Hardin's
April 1, 2003 order compelling discovery. Relator and the real parties in interest have
since settled the underlying lawsuit, (1) and relator has filed an unopposed motion to
dismiss its petition.

 We grant the motion and dismiss as moot the petition for a writ of mandamus.


PER CURIAM

Panel consists of Justices Hedges, Jennings, and Alcala.
1.